### 14451.   BUSH *v.* THE STATE.

BLOODWORTH, J. This case is here upon the general grounds only. The evidence authorized the verdict, which has the approval of the trial judge; no error of law appears; and the judgment is

> *Affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED JUNE 13, 1923.

Indictment for forgery; from Appling superior court — Judge Highsmith. February 24, 1923.

*H. L. Williams,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.